UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IAN M. NIEVES DELVALLE,<br><br>Plaintiff,<br><br>v.<br><br>FRANK BISIGNANO,<br>Commissioner of Social Security,<br><br>Defendant. | No. 26-cv-10457-IT |

**REPORT AND RECOMMENDATION ON DEFENDANT'S ASSENTED-TO MOTION FOR ENTRY OF JUDGMENT UNDER SENTENCE FOUR OF 42 U.S.C. § 405(g) WITH REVERSAL AND REMAND OF THE CASE TO THE DEFENDANT**

HEDGES, M.J.

Pursuant to the power of this Court to enter a judgment affirming, modifying or reversing the Commissioner's decision and to remand the matter for a rehearing pursuant to sentence four of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g), and in light of the Commissioner's assented-to motion for reversal and remand, Docket No. 17, I recommend that the District Judge ALLOW the Commissioner's motion to VACATE the Administrative Law Judge's decision and REMAND this matter to the Appeals Council for further administrative proceedings.

On remand, the Appeals Council will remand this case to an Administrative Law Judge, who will: assess whether post-traumatic stress syndrome is a medically determinable impairment; assess prior administrative medical findings and medical opinions, including the consultative expert findings; offer Plaintiff an opportunity for a hearing; take further action to complete the administrative record; and issue a new decision.

Further, in light of the Commissioner's motion, Docket No. 17, I recommend that the District Judge DENY Plaintiff's motion for an order reversing the decision of the Commissioner, Docket No. 15, as moot.[1]

Dated: July 20, 2026

/s/ Jessica D. Hedges
United States Magistrate Judge

[1] The parties are hereby advised that under the provisions of Fed. R. Civ. P. 72(b) and Rule 3 of the Rules for United States Magistrate Judges in the United States District Court for the District of Massachusetts, any party who objects to these proposed findings and recommendations must file specific written objections thereto with the Clerk of this Court within fourteen days of service of this Report and Recommendation. The written objections must specifically identify the portion of the proposed findings, recommendations, or report to which objection is made and the basis for such objections.