UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IAN M. NIEVES DELVALLE,<br><br>Plaintiff,<br><br>v.<br><br>FRANK BISIGNANO, Commissioner of Social Security,<br><br>Defendant. | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* | Civil Action No. 1:26-cv-10457-IT |

ORDER

August 17, 2026

TALWANI, D.J.

On review of the Magistrate Judge's Report and Recommendation [Doc. No. 19], and having received no objections, the Report and Recommendation [Doc. No. 19] is ADOPTED. Accordingly, the Commissioner's Assented-To Motion for Entry of Judgment Under Sentence Four of 42 U.S.C. § 405(g) with Reversal and Remand of the Case to the Defendant [Doc. No. 17] is GRANTED. Plaintiff's Motion for Order Reversing Commissioner's Decision [Doc. No. 15] is DENIED as moot.

The decision of the Administrative Law Judge ("ALJ") is vacated, and this case is REMANDED to the Appeals Council for further administrative proceedings. On remand, the Appeals Council will direct the ALJ to: (1) assess whether post-traumatic stress syndrome is a medically determinable impairment; (2) assess prior administrative medical findings and medical opinions, including the consultative expert findings; (3) offer Plaintiff an opportunity for a

hearing; (4) take further action to complete the administrative record; and (5) issue a new decision.

IT IS SO ORDERED.

August 17, 2026

/s/ Indira Talwani
United States District Judge